PEOPLE *v* JAMES BROWN. Appeal from Oakland, Clark Adams, J. Submitted Division 2 January 31, 1972, at Lansing. (Docket No. 12468.) Decided February 21, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor

General, *Thomas G. Plunkett,* Prosecuting Attorney, and *Dennis Donohue,* Chief Appellate Counsel, for the people.

*Elbert L. Hatchett,* for defendant on appeal.

Before: DANHOF, P. J., and T. M. BURNS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. The defendant was convicted by a jury of uttering and publishing a forged instrument, MCLA 750.249; MSA 28.446, and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.